Sweet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CARTIER INTERNATIONAL B.V.;
RICHEMONT INTERNATIONAL, S.A.;
ALFRED DUNHILL LTD.; LANGE
UHREN GmbH; and MONTBLANC-
SIMPLO, GmbH,

                Plaintiffs,

v.

ILAN BEN-MENACHEM; DAVID BEN-
MENACHEM; KING REPLICA; DAVIDS
LUXURY; REPLICA KINGDOM a/k/a
SWISS KINGDOM; BRANDED LUXURY
d/b/a BS GIFTS; VERTEXO, INC.; AVIV
BEN-MENACHEM; CHANA BEN-
MENACHEM; TRAVEL DERECH
TSLECHA; AVILAN MARKETING LLC;
JOHN DOES 2-10; JANE DOES 2-10; and
XYZ COMPANIES 3-10,

                Defendants.

CIVIL ACTION NO. 06-CV-3917 (RWS)

[PROPOSED] ORDER



This matter having come before the Court, upon the Motion for Summary Judgment by Plaintiffs Cartier International B.V., Richemont International, S.A., Alfred Dunhill Ltd., Lange Uhren GmbH, and Montblanc-Simplo GmbH (collectively, "Plaintiffs") under Rule 56 of the Federal Rules of Civil Procedure against Defendants Ilan Ben-Menachem, David Ben-Menachem, King Replica, Davids Luxury, Replica Kingdom a/k/a Swiss Kingdom, Branded Luxury d/b/a BS Gifts, Vertexo, Inc., Aviv Ben-Menachem, Chana Ben-Menachem, Travel Derech Tslecha, and Avilan Marketing LLC ("Defendants") for trademark infringement, trademark counterfeiting, trademark dilution, trade dress infringement, unfair competition and false designation of origin arising under the Trademark Act of 1946, 15 U.S.C. §§ 1051, et seq., as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham

Act"), and for trademark and trade name infringement, unfair competition, dilution and deceptive acts and practices under the laws of the State of New York; and after reviewing the arguments, and granting Plaintiffs' Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants are to pay Plaintiffs Three Hundred Eighteen Thousand Ninety Nine Dollars and Eleven Cents ($318,099.11) award of reasonable attorneys fees associated with this lawsuit, as well as costs pursuant to Local Civil Rule 54.1.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Order Awarding Attorneys' Fees and Costs.

**SO ORDERED.**

Dated: 2/27 2008      By: _____
                         Honorable Robert W. Sweet
                         United States District Judge